*E-Filed 7/8/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAMES HARVEY,

        Plaintiff,

    v.

D. BASSETT, et al.,

        Defendants.

_____/

No. C 12-6014 RS (PR)

**ORDER EXTENDING TIME**

    Defendants' motion to extend time to file a dispositive motion (Docket No. 12) is GRANTED.  Such motion shall be filed on or before October 1, 2013.  The Clerk shall terminate Docket No. 12.

    **IT IS SO ORDERED**.

DATED:  July 8, 2013

RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California