*E-Filed 7/8/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES HARVEY, | No. C 12-6014 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| D. BASSETT, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 12) is GRANTED. Such motion shall be filed on or before October 1, 2013. The Clerk shall terminate Docket No. 12.

**IT IS SO ORDERED**.

DATED: July 8, 2013

RICHARD SEEBORG
United States District Judge