UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES EARL HARVEY,<br><br>    Plaintiff,<br><br>v.<br><br>IGI D. BASSETT, et al,<br><br>    Defendants.<br>_____/ | No. 3:12-CV-06014 RS (NJV)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, STATUS CONFERENCE AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

Because of the scheduling conflict explained in the Defendants' Request to Change Date of Settlement Conference (Doc. 37), the settlement conference scheduled in this case for 11:00 a.m. on May 28, 2015, at Solano State Prison is HEREBY VACATED.

The telephonic status conference set for May 12, 2015, at 1:00 p.m. is also HEREBY VACATED. Finally, the writ of habeas corpus ad testificandum issued April 14, 2015, is HEREBY VACATED and Plaintiff shall not be transported.

The settlement conference in this case will be reset as soon as the court's schedule allows.

IT IS SO ORDERED.

Dated: April 17, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES EARL HARVEY, | No. 3:12-CV-06014 RS (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| IGI D. BASSETT, et al., | |
| Defendants. / | |

I, the undersigned, hereby certify that on April 17, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

James Earl Harvey
C-48884
Corcoran State Prison
P. O. Box 3481
Corcoran, CA 93212

Litigation Coordinator
Corcoran State Prison
P.O. Box 8800
Corcoran, CA  93212

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2