UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES EARL HARVEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IGI D. BASSETT, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-06014-RS   (NJV)<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

The writ of habeas corpus ad testificandum issued May 15, 2015, for Plaintiff's attendance at the settlement conference on June 19, 2015, is HEREBY VACATED. The settlement conference remains on calendar.

**IT IS SO ORDERED**.

Dated: June 12, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge