UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES EARL HARVEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IGI D. BASSETT, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-06014-RS   (NJV)<br><br>**ORDER TO RETAIN PLAINTIFF** |

The court will hold an in-person settlement conference with Plaintiff as soon as the court's schedule permits. Accordingly, institutional authorities at Pelican Bay State Prison are HEREBY DIRECTED to retain Plaintiff at Pelican Bay State Prison through Friday, July 3, 2015.

**IT IS SO ORDERED**.

Dated: June 19, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge