UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL HARVEY,<br><br>    Plaintiff,<br><br>  v.<br><br>IGI D. BASSETT, et al.,<br><br>    Defendants. | Case No.  12-cv-06014-RS   (NJV)<br><br>**REPORT OF PRO SE PRISONER**<br>**EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on July 1, 2015, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X)  Plaintiff, James Harvey Pro Se.

    ( )  Warden or warden's representative

    ( )  Office of the California Attorney General, Michael J. Quinn.

    ( )  Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (X)  The case has been completely settled.  A status conference is scheduled for August 4, 2015 at 1:00 p.m. Defense counsel shall facilitate Plaintiff's telephonic appearance at the status conference.

    ( )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 7/6/15

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES EARL HARVEY,

    Plaintiff,

v.

IGI D. BASSETT, et al.,

    Defendants.

Case No.  12-cv-06014-RS   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Earl Harvey ID: C-48884
Corcoran State Prison
P. O. Box 3481
Corcoran, CA 93212

Dated: July 7, 2015

Richard W. Wieking
Clerk, United States District Court

By _____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3