*E-Filed 11/2/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES EARL HARVEY,<br><br>    Plaintiff,<br><br>  v.<br><br>IGI D. BASSETT, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-6014 RS (PR)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation for voluntary dismissal with prejudice (Docket Nos. 46 and 50), this federal civil rights action is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk shall terminate Docket Nos. 46 and 50, enter judgment in favor of all defendants as to all claims, and close the file.

**IT IS SO ORDERED**.

DATED: November 2, 2015

                                                RICHARD SEEBORG<br>                                                United States District Judge

United States District Court<br>For the Northern District of California